RECD 23JUN28PM044EMDGAMAC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIM. NO. 5:22-CR-40-MTT |
| vs. | : |
| | : |
| BRANDON ECTOR, | : |
| | : |
| Defendant | : |

## CHANGE OF PLEA

I, BRANDON ECTOR, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count Seven of the Indictment, this 28th day of June, 2023.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
BRANDON ECTOR
DEFENDANT

_____
AUNDREA L. ROBERTS
ATTORNEY FOR DEFENDANT

_____
ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY